UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lyn D. Pariseau, | Civil No. 10-395 (PAM/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Michael J. Astrue, Commissioner of Social Security Administration, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Arthur J. Boylan dated February 25, 2011. In the R&R, Magistrate Judge Boylan reviewed the parties' cross-motions for summary judgment (Docket Nos. 9 and 12) pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1. Plaintiff has failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 16).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 16) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Docket No. 9) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Docket No. 12) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   March 17,  2011

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Judge